# Third District Court of Appeal

## State of Florida

Opinion filed April 7, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0370
Lower Tribunal No. 17-16028
_____

**Alejandro Quintas Vazquez,**
Petitioner,

vs.

**Ailyn M. Rebaza Smith,**
Respondent.

A Case of Original Jurisdiction – Prohibition.

Alejandro Quintas Vazquez, in proper person.

No appearance for respondent.

Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

After petitioner sought a writ of prohibition disqualifying the assigned

trial court judge from further presiding over his family law case, we denied

relief.  <u>Quintas Vazquez v. Smith</u>, 46 Fla. L. Weekly D293 (Fla. 3d DCA Feb. 3, 2021).  More than fifteen days after the opinion issued, relying upon a timely-filed motion to invoke the discretionary jurisdiction of the Florida Supreme Court, petitioner has moved our court to stay the effect of the mandate, or, alternatively, recall the same, pending further review.  <u>See</u> Fla. R. App. P. 9.310; Fla. R. App. P. 9.340(a).  This court was required to issue its mandate upon the expiration of the fifteen-day period established in Florida Rule of Appellate Procedure 9.340(a).[1]  Further, we are not convinced a stay or recall is "essential" or the balance of relevant factors weigh in favor of petitioner.  Fla. R. App. P. 9.120 advisory committee notes; <u>see</u> <u>Banco Indus. de Venezuela, C.A. v. de Saad</u>, 126 So. 3d 259 (Fla 3d DCA 2010); <u>State v Miyasato</u>, 805 So. 2d 818 (Fla. 2d DCA 2001); 3 Fla. Jur. 2d <u>Appellate Review</u> § 414 (2021).  Accordingly, we deny the requested relief.

Denied.

---

[1] No timely motion for rehearing was filed with this court pursuant to Florida Rule of Appellate Procedure 9.330(a)(1).